[Nos. 2519–3; 2520–3;     Division Three.     October 17, 1978.]
2612–3.

VERADALE VALLEY CITIZENS' PLANNING COMMITTEE,
ET AL, *Appellants, v.* BOARD OF COUNTY
COMMISSIONERS OF SPOKANE COUNTY,
ET AL, *Respondents.*

Appeals from judgments of the Superior Court for
Spokane County, Nos. 236633, 237509, 238437, Philip H.
Faris, J., entered July 5 and 6, 1977, Harold D. Clarke, J.,
entered November 1, 1977. *Affirmed* by unpublished opin-
ion per McInturff, J., concurred in by Munson, C.J., and
Roe, J.

[No. 2536–3.     Division Three.     October 19, 1978.]

THE STATE OF WASHINGTON, *Respondent, v.* DANNY
JOE SHINPAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 4419, Albert J. Yencopal, J., entered
June 23, 1977. *Affirmed* by unpublished opinion per
Munson, C.J., concurred in by Green and Roe, JJ.